UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BAUER, et al.,<br><br>    Defendants. | No.  2:15-cv-236-JAM-EFB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 24, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Defendants have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 24, 2016, are adopted in full; and

2. Defendant Lanigan's July 24, 2015 motion to dismiss for failure to exhaust (ECF No. 17) is denied without prejudice to defendant raising the defense in a properly-noticed motion for summary judgment.

DATED:  April 14, 2016

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE