UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE,<br><br>        Plaintiff,<br><br>   v.<br><br>D. BAUER, et al.,<br><br>        Defendants. | No.  2:15-cv-236-JAM-EFB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  His unopposed motion to modify the schedule in this action (ECF No. 40) is granted as follows:  Plaintiff may conduct discovery until November 2, 2016. Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than September 1, 2016.  The Clerk shall terminate docket number 40.

    So ordered.

DATED:  July 21, 2016.

                                                  EDMUND F. BRENNAN<br>                                                UNITED STATES MAGISTRATE JUDGE