IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KORDY RICE,**

                                 Plaintiff,

     v.

**D. BAUER, et al.,**

                                 Defendants.

Case No. 2:15-cv-0236 JAM EFB (PC)

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR CLARIFICATION**

The Court, having considered Defendants' Request for Clarification of the July 21, 2016 Discovery Order, and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiff shall respond to Defendants' discovery requests that were served on June 14, 2016, not later than September 30, 2016.

Dated:  August 29, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:15-cv-0236 JAM EFB (PC))