UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KORDY RICE,

    Plaintiff,

  v.

D. BAUER, et al.,

    Defendants.

No. 2:15-cv-236-JAM-EFB P

ORDER

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 30, 2016, the court issued an order clarifying that plaintiff must respond to defendants' discovery requests that were served on June 14, 2016, not later than September 30, 2016. ECF No. 44. Plaintiff subsequently informed the court that he never received the June 14, 2016 discovery requests and as a result, cannot comply with the court's order. ECF No. 45.

    Accordingly, IT IS HEREBY ORDERED that, within 7 days from the date of this order, defendants shall re-serve plaintiff with their June 14, 2016 discovery requests and plaintiff shall respond to those requests within 30 days of receipt. The Clerk of the Court shall terminate docket number 45.

DATED: September 8, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE