IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KORDY RICE,**<br><br>Plaintiff,<br><br>v.<br><br>**D. BAUER, et al.,**<br><br>Defendants. | Case No. 2:15-cv-0236 JAM EFB (PC)<br><br>[~~PROPOSED~~] ORDER |

The Court, having considered Defendants' Motion to Modify the Discovery and Scheduling Order and Vacate the November 18, 2016 Dispositive Motion Deadline (ECF No. 48), and good cause appearing:

IT IS HEREBY ORDERED that the November 18, 2016 dispositive motion deadline is vacated. The Court will issue a new dispositive motion deadline after issuing a final ruling on Defendants' motion to compel. ~~The discovery deadline is extended until _____ for Defendants to conduct third-party discovery.~~ The court defers ruling on defendants' request to extend the discovery deadline for the purpose of conducting third party discovery, pending a response from plaintiff.

Dated: November 3, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:15-cv-0236 JAM EFB (PC))