UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE, | No. 2:15-cv-236-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| D. BAUER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 13, 2017, defendants filed a motion for summary judgment. ECF No. 68. Plaintiff filed an opposition (ECF No. 73) and defendants filed a reply (ECF No. 77). Plaintiff then submitted a motion to amend his opposition to the motion. ECF No. 78. The amended opposition contains a more detailed response to defendants' statement of undisputed facts and several exhibits. *Id.* The court will grant plaintiff's motion and consider these supplements to his opposition. In so doing, defendants will be provided with an opportunity to supplement their reply to address the amended materials.

Accordingly, it is ORDERED that:

1. Plaintiff's motion to amend his response to defendants' motion for summary judgment (ECF No. 78) is GRANTED and the Clerk shall modify docket entry 78 to read "Motion to Amend and Amended Opposition"; and

1

2. Defendants may, within seven days of this order's entry, supplement their reply to address the amendments to plaintiff's opposition.

DATED: September 13, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE