XAVIER BECERRA, State Bar No. 118517
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
MARTHA EHLENBACH, State Bar No. 291582
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7314
 Fax: (916) 324-5205
 E-mail: Martha.Ehlenbach@doj.ca.gov
*Attorneys for Defendants Bauer and Rodriguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KORDY RICE,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**D. BAUER, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:15-cv-0236 JAM EFB (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii))<br><br>Judge:　　　The Honorable Edmund F. Brennan<br>Trial Date:　Not Set<br>Action Filed: January 28, 2015 |

The parties have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

1

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 9/12/2018 */s/ Kordy Rice*
Kordy Rice (V-43736)
Plaintiff

Dated: 9/12/2018 */s/ Martha Ehlenbach*
Martha Ehlenbach
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants Bauer and Rodriguez*

**IT IS SO ORDERED.**

Dated: September 20, 2018  /s/ John A. Mendez
John A. Mendez
United States District Court Judge

SA2015300932
33553974.docx

2

Stip. Voluntary Dismissal With Prejudice and Order (2:15-cv-0236 JAM EFB (PC))