UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE, | No. 2:15-cv-0236 JAM EFB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| D. BAUER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff filed a request concerning the enforcement of his settlement agreement. The record reflects that on September 12, 2018, the undersigned settled this action. On September 18, 2018, the parties filed a stipulation for voluntary dismissal of this action signed by both parties, and this case was dismissed with prejudice on September 21, 2019. (ECF Nos. 92, 93.) Plaintiff now claims that he has not received the settlement proceeds.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, defendants shall respond to plaintiff's May 8, 2019 request and inform the court of the status of the payment of the settlement proceeds.

Dated: May 14, 2019

/rice0236.set.fb

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE